**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MARGARET E. SAGER, II, *et al.*, | Case No. 2:13–cv–369–MMD–VCF |
| Plaintiffs, | |
| vs. | **ORDER** |
| U.S. GOVERNMENT, *et al.*, | MOTION TO ADDRESS (#18) |
| Defendants. | |

This matter involves Margaret E. Sager's civil action against the federal government for conspiracy. Before the court is Sager's Motion to Address Magistrate Nancy J. Koppe. (#18). For the reasons stated below, Sager's motion is denied.

On March 13, 2013, the court granted Sager's first motion to proceed *in forma pauperis*. *See* (Doc. #2). On August 12, 2013, the Honorable Miranda M. Du, U.S. District Judge, dismissed Sager's complaint. (Doc. #8). The clerk entered judgment against Sager on the same day. (Doc. #10). On September 10, 2013, the time to appeal expired. *See* FED. R. APP. P. 4(a)(1)(B). No appeal was filed. Sager's complaint has been fully adjudicated. This matter is closed.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Margaret E. Sager's Motion to Address Magistrate Nancy J. Koppe. (#18) is DENIED as moot.

DATED this 20th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1