UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MARGARET E. SAGER, II, | Case No. 2:13-cv-00369-MMD-VCF |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| THE UNITED STATES GOVERNMENT, et. al., | |
| Defendants. | |

The Court dismissed this case with prejudice on August 12, 2013. (Dkt. no. 8.) The Court found that Plaintiff's claims are premised on a "delusional factual scenario." (Dkt. no. 2 at 2.) On May 1, 2015, Plaintiff filed a document titled "Motion to Place on Calendar," where Plaintiff requested a court date. (Dkt. no. 15.) The motion reiterates similar outrageous facts. The Court construes Plaintiff's motion as a request for reconsideration.

A motion to reconsider must set forth "some valid reason why the court should reconsider its prior decision" and set "forth facts or law of a strongly convincing nature to persuade the court to reverse its prior decision." *Frasure v. United States*, 256 F.Supp.2d 1180, 1183 (D. Nev. 2003). Reconsideration is appropriate if this Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. Acands, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

Plaintiff fails to offer a valid reason for the Court to reconsider its decision to dismiss this case. Plaintiff's motion (dkt. no. 15) is therefore denied.

DATED THIS 30th day of December 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE