**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MARGARET E. SAGER, II, *et.al.*,<br><br>                    Plaintiff,<br><br>vs.<br><br>U.S. Government, *et.al.*,<br><br>                    Defendant. | Case No. 2:13–cv–369–MMD–VCF<br><br>**ORDER**<br><br>MOTION TO PROCEED *IN FORMA PAUPERIS* (DOC. #29); MOTION TO REQUEST MAGISTRATE JUDGE KOPPE (DOC. #30) |

      This matter involves Margaret E. Sager's civil action against the federal government for conspiracy. Before the court are Sager's motion to proceed *in forma pauperis* (Doc. #29) and motion to request Magistrate Judge Koppe (Doc. #30). For the reasons stated below, Sager's motions are denied.

      On March 13, 2013, the court granted Sager's first motion to proceed *in forma pauperis*. (Doc. #2). On August 12, 2013, the Honorable Miranda M. Du, U.S. District Judge, dismissed Sager's complaint. (Doc. #8). The clerk entered judgment against Sager on the same day. (Doc. #10). On September 10, 2013, the time to appeal expired. *See* FED. R. APP. P. 4(a)(1)(B). No appeal was filed. Sager's complaint has been fully adjudicated. This matter is closed.

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that Sager's motion to proceed *in forma pauperis* (Doc. #29) is DENIED.

/// /// ///

/// /// ///

/// /// ///

1

IT IS FURTHER ORDERED that Sager's motion to request Magistrate Judge Koppe (Doc. #30) is DENIED.

IT IS SO ORDERED.

DATED this 5th day of April, 2016.

                                                                                                     _____

                                                                                                     CAM FERENBACH
                                                                                                     UNITED STATES MAGISTRATE JUDGE